[Nos. 16717, 16718, 16719.  Department One.  January 23, 1922.]

W. E. ROTHGEB et al., Respondents, v. IVAN CUNNINGHAM, Appellant.
JACOB T. DAVIS, Respondent, v. IVAN CUNNINGHAM, Appellant.
BEN W. ASHLEY et al., Respondents, v. IVAN
CUNNINGHAM, Appellant.[1]

Appeal from judgments of the superior court for Benton county, Truax, J., entered January 26, 1921, in favor of the plaintiffs, in actions to quiet title, tried to the court. Affirmed.

Cordiner & Cordiner, for appellant.
Stephen E. Chaffee and R. John Lichty, for respondents.

PER CURIAM.—The controlling facts in these cases, numbers 16717, 16718 and 16719, are essentially the same as the facts in the cases of Birge and others against Cunningham, ante p. 458, 203 Pac. 954. For the reasons stated in the opinion in those cases, the judgment in each of these cases is affirmed.

---

[No. 16517.  Department One.  March 2, 1922.]

MARY MATSON, Respondent, v. D. P. DONOVAN et al., Appellants.[2]

Appeal from a judgment of the superior court for Spokane county, Lindsley, J., entered February 2, 1921, upon the verdict of a jury rendered in favor of the plaintiff, in an action in tort. Reversed.

Merritt, Lantry & Merritt, for appellants.
Crandell & Crandell, for respondent.

PER CURIAM.—This case in its essential features is similar to and must be decided like the case of Savage v. Donovan, ante p. 692, 204 Pac. 805. Reversed, with directions to the lower court to enter a judgment of nonsuit and dismissal of the action.

[1]Reported in 203 Pac. 956.

[2]Reported in 204 Pac. 807.